AO 91 (Rev. 11/11) Criminal Complaint

~~United States Magistrate Court~~
~~SOUTHERN DISTRICT OF TX~~
~~FILED~~

# UNITED STATES DISTRICT COURT oct. 27 2014 2B

### for the
Southern District Of Texas

~~David J. Bradley, Clerk~~
~~Laredo Division~~

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   5:14mj1360-1 |
| LEAL, Leonel   -1 | ) | -2 |
| RAMOS-Ramirez, Uriel -2 | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____10/23/2014_____ in the county of _Webb_____ in the
_Southern_____ District of _Texas_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(A)(1), 846. | The defendants did knowingly and unlawfully possess with intent to distribute a controlled substance listed under Schedule I, Title II of the Controlled Substances Act, to wit; approximately 571.50 kgs. of marijuana |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Barry Tufts, Special Agent, DEA
_____
_Printed name and title_

Sworn to before me and signed in my presence.

Date:   _____10/27/2014_____

_____
_Judge's signature_

City and state: Laredo, TX

Diana Song Quiroga, US Magistrate Judge
_____
_Printed name and title_

On 10-23-2014, at approximately 5:25 P.M., United States Border Patrol (BP) agents in the area of Hebbronville, Texas were notified of a suspicious vehicle traveling down Welhausen Road in Oilton, Texas. At approximately 6:00 P.M., BP agents on patrol then entered the NRG Wind Farm property and observed a gray Ford F-250 pickup truck parked between two trees. As BP agents approached the vehicle, they noticed a strong odor of marijuana coming from the vehicle. BP agents then observed that the vehicle was abandoned, but contained multiple bundles wrapped in brown packing tape. Upon closer observation of the vehicle, BP agents observed that the cab of the vehicle and the bed of the vehicle were both filled with bundles wrapped in brown packing tape. A BP K-9 was then called into the area to perform a free air sniff around the vehicle. The K-9 positively alerted to the scent of contraband emitting from the vehicle. BP agents then began following foot prints that led away from the vehicle into the nearby brush. As BP agents were following the footprints, they were alerted by an aerial surveillance unit that two suspects were observed hiding in the brush. BP agents then followed the foot prints and directions from the aerial surveillance unit into the brush where two subjects were found hiding. Apprehended by BP agents were Uriel RAMOS-Ramirez and Leonel LEAL. Upon a search of the vehicle, BP agents discovered 56 bundles of marijuana weighing approximately 571.50 kilograms.

On 10-24-2014, at approximately 12:30 A.M., United States Drug Enforcement Administration (DEA) Special Agents responded to the United States Border Patrol station in Hebbronville, Texas to interview LEAL and RAMOS. Agents first interviewed LEAL, who requested an attorney after being read his Miranda rights. The interview of LEAL was then terminated by agents.

Agents then interviewed RAMOS, who requested to speak with an attorney after being read his Miranda rights. The interview of RAMOS was then terminated by agents.